DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

3 OCTOBER 2013

| | | | |
|---|---|---|---|
| 373P13 | State v. Sandy Sturdivant-Bey | 1. Def's *Pro Se* Motion for PDR (COAP13-528) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as Moot |
| 375P13 | Janet May and Curtis Hill, co-Administrators of the Estate of Mark Curtis Hill, et al. v. Melrose South Pyrotechnics, Inc., and Ocracoke Civic & Business Association d/b/a Ocracoke Island Civic and Business Association, et al. | Def's Petition for *Writ of Certiorari* to Review Order of COA (COA13-620) | Allowed by Special Order **10/03/13** |
| 376P13 | State v. Anthony J. Fennell | 1. Def's *Pro Se* Motion for NOA (COAP13-585) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion for PDR of a Motion | 2.Dismissed **Beasley, J., Recused** |
| 378P13 | State v. Edward Jay Harwood | Def's PDR Under N.C.G.S. § 7A-31 (COA12-1301) | Dismissed |
| 380P13 | Lois Edmondson Bynum, Individually, and Lois Edmondson Bynum, Administratrix of the Estate of James Earl Bynum and Lois Marie Bynum v. Wilson County and Sleepy Hollow Development Company | 1. Defs' PDR Under N.C.G.S. § 7A-31 (COA12-779) | 1. Allowed by Special Order |
| | | 2. Defs' Petition in the Alternative for *Writ of Certiorari* to Review Order of COA | 2. Dismissed as Moot |
| | | 3. Brunswick County's Motion for Leave to File Amicus Brief | 3. Allowed |
| | | 4. N.C. Association of County Commissioners' Motion for Leave to File Amicus Brief | 4. Allowed |
| | | 5. Catawba County's Motion for Leave to File Amicus Brief | 5. Allowed |
| | | 6. New Hanover County's Motion for Leave to File Amicus Brief | 6. Allowed |
| | | 7. Wake County's Motion for Leave to File Amicus Brief | 7. Allowed |
| | | 8. Person County's Motion for Leave to File Amicus Brief | 8. Allowed |